# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[2]<br>                       Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>( Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                       Plaintiff,<br>v.<br><br>WIENIEWITZ FINANCIAL, LLC, a Tennessee limited liability company; and TRAE WIENIEWITZ, an individual,<br><br>                       Defendants. | Adv. Proc. No. 19-51062 (JKS) |

## ORDER APPROVING STIPULATION FOR JUDGMENT AGAINST WIENIEWITZ FINANCIAL, LLC AND TRAE WIENIEWITZ

The Court having considered the *Stipulation for Judgment Against Wieniewitz Financial, LLC and Trae Wieniewitz* (the "Stipulation") and the evidence presented in connection with the Stipulation, and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that judgment ("Judgment") shall be entered against defendants Wieniewitz Financial, LLC and Trae Wieniewitz (collectively, the "Defendants"), and in favor of Michael

---

[2] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, (the "Trustee"), in the amount of $625,000.00; and it is further

ORDERED that the Defendants and the Trustee each have waived their respective rights to (a) any trial (jury or otherwise), (b) appeal or (c) otherwise attempt to set aside or attack the Stipulation, this Order or the Judgment, and have agreed that the Judgment may be entered pursuant to the Stipulation and this Order; and it is further

ORDERED that the Trustee may execute on the Judgment without providing notice or opportunity for a hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation, this Order and/or the Judgment.

Dated: May 10th, 2021
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

-2-

DOCS_LA:330961.1 94811/003

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

Wieniewitz Financial LLC,,
    Defendant

Adv. Proc. No. 19-51062-JKS

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2021 | Form ID: pdfjo | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| clagent | + | Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 10 2021 20:01:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 10 2021 20:01:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | May 10 2021 20:01:00 | United States Trustee (SV), 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017-3560 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:
**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 10, 2021 | Form ID: pdfjo | Total Noticed: 4 |

Andrew W. Caine
    on behalf of Plaintiff Michael Goldberg acaine@pszyjw.com

Bradford J. Sandler
    on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com

Bridget Gallerie
    on behalf of Claims Agent Epiq Class Action & Claims Solutions  Inc. Pacerteam@choosegcg.com

Colin R. Robinson
    on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com

Epiq Corporate Restructuring, LLC
    danette.gerth@epiqglobal.com

Jason A. Gibson
    on behalf of Defendant Trae Wieniewitz gibson@teamrosner.com

Jason A. Gibson
    on behalf of Defendant Wieniewitz Financial LLC  gibson@teamrosner.com

TOTAL: 7